UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 08-40031 |
| | ) | Chapter 13 |
| ORLANDO EARL GEORGE, | ) | |
| SSN xxx-xx-1487 | ) | |
| | ) | |
| and | ) | ORDER RE: TRUSTEE'S |
| | ) | MOTION TO DISMISS |
| LENNETTE PATTERSON GEORGE, | ) | |
| SSN xxx-xx-6775 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Trustee Dale A. Wein's Motion to Dismiss (doc. 49), Debtors' response (doc. 50), and the record before the Court; and it appearing the parties have advised the Court, through the submission of a proposed order, of their consent to the relief set forth herein; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtors shall, beginning August 15, 2009, cure the $3,006.00 arrearage in required payments under their confirmed plan by paying Trustee Wein $200.00 per month in addition to their regular monthly plan payment of $300.00. Said cure payments shall continue each month until the arrearage has been paid in full.

IT IS FURTHER ORDERED, if Debtors fail to timely make any of the foregoing cure payments or the remaining monthly payments under their confirmed plan and such delinquency exists for more than 15 days, this case shall be dismissed without further notice or hearing upon Trustee Wein's filing of an affidavit of default.

So ordered: August 10, 2009.

BY THE COURT:

*(signature)*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota